[No. 7550–8–III. Division Three. April 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES ANDREW RICE, *Appellant.*

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 85–1–00057–7, James R. Thomas, J.,
entered December 4, 1985. *Affirmed* by unpublished opin-
ion per Thompson, J., concurred in by McInturff, C.J., and
Green, J.

[No. 9449–5–II. Division Two. April 22, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIAM
THOMAS HUFFINES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–1–00764–0, Robert H. Peterson, J., entered
March 8, 1985. *Reversed* by unpublished opinion per Reed,
C.J., concurred in by Worswick and Alexander, JJ.

[No. 8882–7–II. Division Two. April 22, 1987.]

PATRICIA SLIVA, *Respondent,* v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 84–2–00241–5, Thomas R. Sauriol, J., entered
June 12, 1985. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Petrich and Worswick, JJ.

[No. 8919–0–II. Division Two. April 22, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. THOMAS
RANDALL NEWELL, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–1–01231–7, Thomas A. Swayze, Jr., J.,
entered June 27, 1985. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Reed, C.J., and Worswick,
J.